No. 364. NORTH PACIFIC STEAMSHIP COMPANY v. WILLIAM T. SOLEY. Error to the Supreme Court of the State of California. Submitted March 2, 1925. Decided March 9, 1925. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of section 237 of the Judicial Code, as amended by the act of September 6, 1916, c. 448, sec. 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. Ernest Clewe* for plaintiff in error. *Mr. Henry Heidelberg* and *Mr. Warren H. Pillsbury* for defendant in error.

No. —, Original. *Ex parte:* IN THE MATTER OF A. A. SANDERS. March 9, 1925. Motion for leave to file a petition for a writ of habeas corpus herein denied. *A. A. Sanders,* pro se.

No. 3, Original. STATE OF NEW MEXICO v. STATE OF TEXAS. March 10, 1925.

ORDER. It is ordered that the order heretofore made in this case, dated December 4, 1924, appointing Charles Warren, Esq., as special master, be amended by adding the following: "The master may in his discretion receive a brief of an *amicus curiae* whom the court has already permitted to file a brief in this cause."